**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PATRICIA BRITTAIN A.K.A., PATRICIA MAINES, ADMINISTRATOR OF THE ESTATE OF BARBARA ANN MAINES, | : | No. 522 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HOPE ENTERPRISES FOUNDATION INCORPORATED, AND/OR HOPE ENTERPRISE INC., AND/OR WILLIAM BIRT, AND/OR HEATHER PETERS AND/OR SELECTIVE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| | : | |
| Respondents | : | |

| | | |
|---|---|---|
| PATRICIA BRITTAIN, A.K.A., PATRICIA MAINES, ADMINISTRATOR OF THE ESTATE OF BARBARA ANN MAINES, | : | No. 523 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HOPE ENTERPRISES FOUNDATION INCORPORATED, AND/OR HOPE ENTERPRISE INC. AND/OR WILLIAM BIRT, AND/OR HEATHER PETERS AND/OR SELECTIVE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.